**ORIGINAL**

FILED

12/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0515

FILED

DEC 29 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 21-0515

| | |
|---|---|
| JOSHUA SELENSKY-FOUST<br><br>Plaintiff/Appellant,<br><br>v.<br><br>JONATHAN F. MERCER, M.D.;<br>PINTLER SURGICAL<br>SPECIALISTS; AND COMMUNITY<br>HOSPITAL OF ANACONDA,<br><br>Defendants/Appellees. | ORDER GRANTING MOTION FOR<br>EXTENSION OF TIME |

Pursuant to Montana Rule of Appellate Procedure 26(1), and for good cause shown, Appellees are hereby granted an extension of time, up to and including the 2nd of February, 2022, in which they may file and serve their Response Brief.

Electronically dated this 29th day of December, 2021 and signed below.



Bowen Greenwood, Clerk

c:  Peter J. Stokstad/Elijah L. Inabnit
    Kevin W. Roberts

4891-3289-7287